

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,600-01

### EX PARTE KENNETH ARDEN COBB, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F49423-A IN THE 413TH DISTRICT COURT
### FROM JOHNSON COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. It does not contain the jury charge or verdict forms from Applicant's trial. One of Applicant's habeas corpus allegations depends in part on the jury charge submitted in this case.

The district clerk shall either forward to this Court jury charge and jury verdict forms or certify in writing that these documents are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: June 16, 2021
Do not publish